FILED
2021 May-10  AM 10:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

Alabama Department of Corrections
## INCIDENT REPORT CONTINUATION LCF-19-01434

**15. Narrative Summary:**

Brewer and Brolsma to search inmate Bethune and place inmate Bethune in the Restrictive Housing Unit.  At approximately 4:45 a.m., Officers Brewer and Brolsma entered Dormitory L and located inmate Bethune in cell L1. Officer Brewer placed inmate Bethune in handcuffs, double locked. During the search of inmate Bethune's property Officer Brolsma confiscated a letter from ▇▇▇▇ telling inmate Bethune about a car wreck that ▇▇▇ and ▇▇▇ "na" had. Officer Brolsma also confiscated a receipt of payment form Miss Angela Huff for sixty dollars.  Officer Brewer confiscated Security Threat Group material in the form of a birthday card for "OG" Tony. The card contained several references to the Gangster Disciples.  At approximately 5:05 a.m., Officers Brewer and Brolsma entered the Shift Commander's office escorting inmate Bethune and inmate Bethune's property. Officer Brewer reported the incident. Officers Brewer and Brolsma exited the Shift Commander's Office escorting inmate Bethune and inmate Bethune's personal property to the Health Care Unit for a medical evaluation. At approximately 5:20 a.m., Officers Brewer and Brolsma entered the Health Care Unit escorting inmate Bethune and inmate Bethune's property. Nurse Tammy Bryant completed a body chart of inmate Bethune with no injuries noted.  At approximately 5:45 a.m., Officers Brewer and Brolsma exited the Health Care Unit escorting inmate Bethune and inmate Bethune's property to Dormitory C for placement into Restrictive Housing.  At approximately 5:50 a.m., Officers Brewer and Brolsma entered Dormitory C escorting inmate Bethune and inmate Bethune's property. Officer Jermaine Bates inventoried and secured inmate Bethune's property in the Dormitory C property room. Inmate Bethune was placed in in cell C13-1B.  At approximately 6:00 a.m., Sergeant Pelzer accessed Securus Technologies Inmate Phone System. Sergeant Pelzer monitored inmate Bethune's phones calls. Several phone conversations were made with the following: 1. ▇▇▇▇▇▇▇ , Sergeant Pelzer ▇▇▇▇ ) Address ▇▇▇▇▇▇▇ Al, ▇▇▇ Phone Number: ▇▇▇▇▇ in phone conversations the following information was obtained: CDR #10.36.101.23-1e98eb260a2465176625af5806f5e7db Inmate Bethune tells ▇▇▇▇▇ the number to pick up a one hundred dollar money transfer. (7287936406161 6) CDR #10.36.101.26-154501e00a24651a588fcd1565e1a82f Inmate Bethune tells ▇▇▇▇ that inmate Council was locked up but assure ▇▇▇ that it was not for drugs. CDR #10.36.101.23-0b21f2370a2465176525af581385caf5 ▇▇▇▇ gives inmate Bethune the number for a Wal-Mart to Wal-Mart money transfer. (872827070) At approximately 8:00 p.m., Sergeant Pelzer was able to determine through an extensive investigation using several confidential informants as well as physical evidence obtained from several inmates that inmate Mitchell and inmate Council organized the Security Threat Group 62 Brim with the intent for drug distribution at Limestone Correctional Facility. Inmate Harris transported the drugs from inmate Mitchell to inmate Council. Inmates Clark and Bethune distributed the drugs and facilitated the payments for the drugs at Limestone Correctional Facility.  Due to the nature of the incident and the power and influence of the Security Threat Group 62 Brim, Sergeant Pelzer is recommending inmates Council, Mitchell, Clark and Bethune remain in the Restrictive Housing Unit until inmates Council, Mitchell, Clark and Bethune can be relocated to a another institution. Sergeant Pelzer is also requesting inmates Clark, Mitchell, Council, and Bethune be validated as enemies of inmates Jones an ▇▇▇ On November 1, 2019, at approximately 8:00 a.m., Sergeant Pelzer reported all findings to Captain Denice McKenzie and the Classification Department.   11/1/2019 9:29 PM by jeremy.pelzer

Signature: _____

ADOC Form 302-A - August 2, 2010

Exhibit C

Alabama Department of Corrections

**DISCIPLINARY REPORT**

403A (5-7)

DISC002

**Incident Report Number:**   LCF-19-01434

**1. Inmate:**   COUNCIL, ROBERT EARL      **Custody:**   MEDIUM      **AIS:** 00181418X

**2. Institution:**   LIMESTONE CORRECTIONAL CENTER      **Disc #:** LCF-19-01434-B

**3. The above inmate is being charged by:**      PELZER, JEREMY S

with a violation of the following Rule(s):

505 - Intentionally creating a security, safety, or health hazard

From Administrative Regulation #403, which occured on or about:

Oct 31 2019  8:00PM at Limestone Correctional Facility

A hearing on this charge will be held after 24 hours from being served.

**4. Circumstances of the violation(s) are as follows:**

On October 31, 2019, it was determined through an extensive investigation using several confidential informants as well as physical evidence that, you, inmate Robert Council, B/181418, organized the Security Threat Group 62 Brim with the intent for drug distribution at Limestone Correctional Facility. You sold the drugs as well as collected money from the drug sales. This places you in direct violation of Administrative Regulation 403, Rule Violation #505 - Intentionally creating a security, safety, or health hazard.

| 10/31/2019 | PELZER, JEREMY S / Sergeant |
|---|---|
| Date | Arresting Officer Name / Title |

**5.** I hereby certify that on this 2nd day of November, 2019, at (time) 00:10:00, I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.

| HASHMAN, ZAKKERY W | Inmate Refused to Sign |
|---|---|
| Serving Officer Name / Title | Inmate's Signature / AIS Number |

**6. Witnesses desired?**      **NO:** Inmate Refused to Sign                    **YES:** _____

Inmate's Signature                                   Inmate's Signature

**7. If yes, list:**   N/A

Run Date: 11/4/2019 9:59:11 AM

Page 1 of 1

29 of 49

Exhibit C

Alabama Department of Corrections

**DISCIPLINARY REPORT**

403A Final

DISC006

Incident Report Number:    LCF-19-01434

1. **Inmate:**    COUNCIL, ROBERT EARL          **Custody:**   MEDIUM          **AIS:** 00181418X

2. **Institution:**   LIMESTONE CORRECTIONAL CENTER                              **Disc #:** LCF-19-01434-8

3. **The above inmate is being charged by:**          PELZER, JEREMY S

   **with a violation of the following Rule(s):**

   505 - Intentionally creating a security, safety, or health hazard

   **From Administrative Regulation #403, which occured on or about:**

   Oct 31 2019  8:00PM at Limestone Correctional Facility

   A hearing on this charge will be held after 24 hours from being served.

4. **Circumstances of the violation(s) are as follows:**

   On October 31, 2019, it was determined through an extensive investigation using several confidential informants as well as physical evidence that, you, inmate Robert Council, B/181418, organized the Security Threat Group 62 Brim with the intent for drug distribution at Limestone Correctional Facility. You sold the drugs as well as collected money from the drug sales. This places you in direct violation of Administrative Regulation 403, Rule Violation #505 - Intentionally creating a security, safety, or health hazard.

   | 10/31/2019 | PELZER, JEREMY S / Sergeant |
   |---|---|
   | Date | Arresting Officer Name / Title |

5. I hereby certify that on this 2nd day of November, 2019, at (time) 00:10:00, I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.

   | HASHMAN, ZAKKERY W | Inmate Refused to Sign |
   |---|---|
   | Serving Officer Name / Title | Inmate's Signature / AIS Number |

6. **Witnesses desired?**      NO: Inmate Refused to Sign                    YES:
                                         Inmate's Signature                                  Inmate's Signature

7. **If yes, list:**    N/A

8. **Hearing Date:**    November 6, 2019      **Time:**   09:38:00      **Place:**   Dormitory C

9. **Inmate must be present in Hearing Room. If he / she is not present, explain in detail on additional page and attach.**

10. **The Arresting Official, Inmate, and all Witnesses were sworn to tell the truth.**

    | BEATY, JOSHUA J |
    |---|
    | Hearing Officer Name / Title |

11. **A finding is made that the inmate is capable of representing himself / herself.**

    | BEATY, JOSHUA J |
    |---|
    | Hearing Officer Name / Title |

12. **Plea:**          COUNCIL, ROBERT EARL / 00181418X                    **Not Guilty**

13. **Arresting Official's testimony (at the hearing):**

    On October 31, 2019, at approximately 8:00 p.m., I, Sergeant Pelzer, was able to determine through an extensive investigation using several confidential informants as well as physical evidence that Inmate Robert Council B-181418, organized the Security Threat Group 62 Brim with the intent for drug distribution at Limestone Correctional Facility.  Inmate Council sold the drugs as well as collected money from the drug sales.

14. **Inmate's testimony:**

Exhibit C

Alabama Department of Corrections                                    DISC006

### DISCIPLINARY REPORT CONTINUATION LCF-19-01434-8

#### 403A Final

*To show the depth of this extensive investigation and the reliability of the several confidential informants, it is well documented that I am not and never have been affiliated with the 62 Brims. Therefore, I have no authority nor power to organize the group. Furthermore, according to the bogus disciplinary, I would have no need to organize the group to distribute drugs at Limestone, as it is alleged that I sold the drugs as well as collected the money. This disciplinary is a continuation of Jeremy Pelzer's attempt to retaliate against me for exposing his corrupt and unlawful acts to the DOJ, I & I, and the media.*

**15.** The inmate was allowed to submit question(s) to all witnesses. Copy of questions and answers are attached.

BEATY, JOSHUA J
_____
Hearing Officer Name / Title

**16.** The following witnesses were not called:

N/A

**17.** After hearing all of the testimony, the Hearing Officer makes the following findings of fact (Be Specific):

The hearing Officer finds that:

The Hearing Officer finds that Inmate Council did collect money from drug sales in Limestone Correctional facility.

**18.** Basis for finding of fact:

The basis for finding is physical evidence (scribes) and confidential informant testimony.

**19.** Hearing Officer's decision:   [ X ] Guilty    [  ] Not Guilty    [  ] Recommend for reinitiation

**20.** Hearing Officer's recommendation of sanction(s) to be taken against this inmate:

[  ] Counseling / Warning

[  ] Extra Duty for _____ days at _____ hours per day under supervision _____ Shift

[  ] Loss of Outside privileges for _____ days

**Community Based Institutions Only:**

[ X ] Loss of Canteen privileges for 30 days, as of 01/13/2020     [  ] Draw cut to ___ (min $25) for ___ days

[ X ] Loss of Telephone privileges for 30 days, as of 01/13/2020     [  ] Restriction / State Whites for _____ days

[ X ] Loss of Visiting privileges for 30 days, as of 01/13/2020     [  ] Loss of Passes for _____ days

[  ] Removal from Hobby Craft     [  ] Return to Inmate Staff for _____ days

[  ] Loss of Good Time _____ Yrs _____ Mos _____ Dys

[ X ] Disciplinary Seg for 30 days

[  ] Recommend Custody Review

[  ] Recommend Job Change

[  ] Financial Compensation _____

BEATY, JOSHUA J
_____
Hearing Officer Name / Title

**21.** Warden's Action - Date:        11/07/2019

Approved        Stephen Langford        _____

Disapproved                                _____

Run Date: 11/8/2019 10:36:47 AM                                    Page 2 of 4

Exhibit C

Alabama Department of Corrections

DISC006

## DISCIPLINARY REPORT CONTINUATION LCF-19-01434-8

403A Final

Other (specify) _____

**22. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named Inmate on this the 7th day of November, 2019 at 16:50:00.**

23. LOVETT, JOHNATHAN R
-------------------------
Serving Officer Name / Title

Inmate Refused to Sign
-------------------------
Inmate's Signature / AIS Number

**Procedural Requirements:**

1. The inmate was positively identified as the inmate that has the rule violation?    Yes

2. The inmate was given written notice of charges at least 24 hours prior to the hearing?    Yes

3. The inmate was able to attend the hearing?    Yes

4. If the inmate wanted witnesses, he/she was permitted to call at least (3) witnesses?    Yes

5. The inmate was allowed to prepare questions for the witnesses?    Yes

6. The hearing is being held within ten (10) working days from the date the inmate was served?    Yes

7. The inmate was provided ADOC assistance, if it was requested or warranted?    Yes

8. Did the Arresting Officer use a confidential source?    No

   1. Has the source been used before?

   2. How many times has the source been used before?

   3. Was the information provided in the past truthful?

   4. Has other information been received to corroborate sources' given information?

   5. Has the information uncovered during the investigation given the source a reason to lie?

   6. Is the information from the confidential source reliable?

**Procedural Requirements Completed By:**    TOLBERT, DAVID T

Distribution:    Original to Central Records Division

        Copy to:    I & I (If Federal or State law violated)

                Inmate Institutional File

Alabama Department of Corrections                                    DISC006
## DISCIPLINARY REPORT CONTINUATION LCF-19-01434-8
403A Final

Board of Pardons and Parole

Sentencing Judge (if applicable)

33 of 49                                                    Exhibit C

00181418X     X

Alabama Department of Corrections                                    DISC004
**DISCIPLINARY REPORT**
403A Warden Decision

Incident Report Number:    LCF-19-01434

**1. Inmate:**   COUNCIL, ROBERT EARL                                      $A10 - 1A$
                                    Custody:   MEDIUM          AIS: 00181418X

**2. Institution:**   LIMESTONE CORRECTIONAL CENTER                    Disc #: LCF-19-01434-8

**3. The above inmate is being charged by:**          PELZER, JEREMY S
   with a violation of the following Rule(s):
   505 - Intentionally creating a security, safety, or health hazard
   **From Administrative Regulation #403, which occured on or about:**
   Oct 31 2019  8:00PM at Limestone Correctional Facility

   A hearing on this charge will be held after 24 hours from being served.

**4. Circumstances of the violation(s) are as follows:**
   On October 31, 2019, it was determined through an extensive investigation using several confidential informants as well as physical
   evidence that, you, inmate Robert Council, B/181418, organized the Security Threat Group 62 Brim with the intent for drug distribution at
   Limestone Correctional Facility. You sold the drugs as well as collected money from the drug sales. This places you in direct violation of
   Administrative Regulation 403, Rule Violation #505 - Intentionally creating a security, safety, or health hazard.

   10/31/2019                                    PELZER, JEREMY S / Sergeant
   _____                                _____
   Date                                          Arresting Officer Name / Title

**5.** I hereby certify that on this 2nd day of November, 2019, at (time) 00:10:00, I have personally served a copy of the foregoing upon
   the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to
   present written questions for the witnesses.

   HASHMAN, ZAKKERY W                            Inmate Refused to Sign
   _____                _____
   Serving Officer Name / Title                  Inmate's Signature / AIS Number

**6. Witnesses desired?**        NO: Inmate Refused to Sign
                                 _____       YES:
                                 Inmate's Signature                        _____
                                                                           Inmate's Signature

**7. If yes, list:**    N/A

**8. Hearing Date:**    November 6, 2019      **Time:**   09:38:00      **Place:**   Dormitory C
**9.** Inmate must be present in Hearing Room.  If he / she is not present, explain in detail on additional page and attach.
**10.** The Arresting Official, Inmate, and all Witnesses were sworn to tell the truth.

                                 BEATY, JOSHUA J
                                 _____
                                 Hearing Officer Name / Title

**11.** A finding is made that the inmate is capable of representing himself / herself.

                                 BEATY, JOSHUA J
                                 _____
                                 Hearing Officer Name / Title

**12. Plea:**        COUNCIL, ROBERT EARL / 00181418X                 Not Guilty

**13. Arresting Official's testimony (at the hearing):**
On October 31, 2019, at approximately 8:00 p.m., I, Sergeant Pelzer, was able to determine through an extensive investigation using several
confidential informants as well as physical evidence that Inmate Robert Council B-181418, organized the Security Threat Group 62 Brim with
the intent for drug distribution at Limestone Correctional Facility.  Inmate Council sold the drugs as well as collected money from the drug
sales.

**14. Inmate's testimony:**

Run Date: 11/7/2019 2:47:38 PM

Exhibit C

Alabama Department of Corrections
DISCIPLINARY REPORT CONTINUATION LCF-19-01434-8
403A Warden Decision

"To show the depth of this extensive investigation and the reliability of the several confidential informants, it is well documented that I am not and never have been affiliated with the 62 Brims.  Therefore, I have no authority nor power to organize the group.  Furthermore, according to the bogus disciplinary, I would have no need to organize the group to distribute drugs at Limestone, as it is alleged that I sold the drugs as well as collected the money.  This disciplinary is a continuation of Jeremy Pelzer's attempt to retaliate against me for exposing his corrupt and unlawful acts to the DOJ, I & I, and the media."

15. The inmate was allowed to submit question(s) to all witnesses. Copy of questions and answers are attached.

BEATY, JOSHUA J
_____
Hearing Officer Name / Title

16. The following witnesses were not called:

N/A

17. After hearing all of the testimony, the Hearing Officer makes the following findings of fact (Be Specific):
The hearing Officer finds that:
The Hearing Officer finds that Inmate Council did collect money from drug sales in Limestone Correctional facility.

18. Basis for finding of fact:
The basis for finding is physical evidence (scribes) and confidential informant testimony.

19. Hearing Officer's decision:      [ X ]  Guilty          [ ]  Not Guilty          [ ]  Recommend for reinitiation

20. Hearing Officer's recommendation of sanction(s) to be taken against this inmate:

[ ] Counseling / Warning

[ ] Extra Duty for _____ days at _____ hours per day under supervision _____ Shift

[ ] Loss of Outside privileges for _____ days

[X] Loss of Canteen privileges for 30 days, as of 01/13/2020

[X] Loss of Telephone privileges for 30 days, as of 01/13/2020

[X] Loss of Visiting privileges for 30 days, as of 01/13/2020

[ ] Removal from Hobby Craft

[ ] Loss of Good Time _____ Yrs _____ Mos _____ Dys

[X] Disciplinary Seg for 30 days

[ ] Recommend Custody Review

[ ] Recommend Job Change

[ ] Financial Compensation

**Community Based Institutions Only:**

[ ] Draw cut to __ (min $25) for __ days

[ ] Restriction / State Whites for _____ days

[ ] Loss of Passes for _____ days

[ ] Return to Inmate Staff for _____ days

BEATY, JOSHUA J
_____
Hearing Officer Name / Title

21. Warden's Action - Date:          11/07/2019

Approved        Stephen Langford _____

Disapproved     _____

Other (specify)  _____

Run Date: 11/7/2019 2:47:38 PM

Exhibit C

Alabama Department of Corrections
**DISCIPLINARY REPORT CONTINUATION LCF-19-01434-8**
403A Warden Decision

22. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named inmate on this the 7 day of _November_, 20 19 at (time) 4:50 ( am /pm )

23. _____ Sgt. J Lovett          Refused to sign _____
Serving Officer Name / Title                          Inmate's Signature / AIS Number

Distribution:    Original to Central Records Division
       Copy to:    I & I (If Federal or State law violated)
                   Inmate Institutional File
                   Board of Pardons and Parole
                   Sentencing Judge (if applicable)

Alabama Department of Corrections
**DISCIPLINARY REPORT**
403A (1-4)

DISC001

Incident Report Number:   LCF-19-01434

1. Inmate:   COUNCIL, ROBERT EARL          Custody:   MEDIUM          AIS: 00181418X

2. Institution:   LIMESTONE CORRECTIONAL CENTER                          Disc #: LCF-19-01434-8

3. The above inmate is being charged by:          PELZER, JEREMY S
   with a violation of the following Rule(s):
   505 - Intentionally creating a security, safety, or health hazard
   From Administrative Regulation #403, which occured on or about:
   Oct 31 2019  8:00PM at Limestone Correctional Facility

   A hearing on this charge will be held after 24 hours from being served.

4. Circumstances of the violation(s) are as follows:

   On October 31, 2019, it was determined through an extensive investigation using several confidential informants as well as physical evidence that, you, inmate Robert Council, B/181418, organized the Security Threat Group 62 Brim with the intent for drug distribution at Limestone Correctional Facility. You sold the drugs as well as collected money from the drug sales. This places you in direct violation of Administrative Regulation 403, Rule Violation #505 - Intentionally creating a security, safety, or health hazard.

   10/31/2019                                    PELZER, JEREMY S / Sergeant
   Date                                          Arresting Officer Name / Title

5. I hereby certify that on this _2_ day of _November_, 20 _19_, at (time) _12:10 AM_ ( am / pm ), I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.

   Officer Zackery Hoshman                       Refuse to Sign (ZWH) 11-2-2019
   Serving Officer Name / Title                  Inmate's Signature / AIS Number

6. Witnesses desired?          NO: _Refuse to Sign_                    YES: _____
                                   Inmate's Signature                      Inmate's Signature

7. If yes, list:   AIS: _____          NAME: _____
                   AIS: _____          NAME: _____
                   AIS: _____          NAME: _____

Run Date: 11/1/2019 11:28:06 PM                                          Page 1 of 1

Exhibit C

# Officer Statement

At approximately 8:00 p.m., Sergeant Pelzer was able to determine through an extensive investigation using several confidential informants as well as physical evidence that inmate Robert Council, B/181418, organized the Security Threat Group 62 Brim with the intent for drug distribution at Limestone Correctional Facility. Inmate Council sold the drugs as well as collected money from the drug sales.

Sergeant Jeremy Pelzer

Exhibit C

NCDT019

Alabama Department of Corrections
## INCIDENT REPORT

| 1. Institution/Division: | | | |
|---|---|---|---|
| LIMESTONE CORRECTIONAL CENTER | 2. Date: 11/16/2019 | 3. Time: 7:00:00 PM | 4. Inc. No: LCF-19-01500 Class Code: C |

**5. Type of Incident - PRIMARY:**
Contraband - Possession or Discovery

**6. Type of Incident - Secondary:**
N/A

**7. Who Received Report:**
THOMPSON, CHARLES    T

**8. Time Incident Reported:**
11/16/2019 7:05:00 PM

**9. Location of Incident:**
Dormitory C Cell C15

| 10 Victim(s): | Name | AIS | STG Name |
|---|---|---|---|
| | N/A | | |
| 11. Suspect(s): | Name COUNCIL, ROBERT | AIS 00181418 | STG Name |
| 12. Witness(es): | Name N/A | AIS | STG Name |

**PHYSICAL EVIDENCE:**

**13. Type of Evidence / Description:**
Other Other / two (2) packs of Newport Cigarettes and one (1) pack of TOP Cigarettes

**14. Chain of Evidence / Location & Date:**
ROBERT COUNCILAIS: 00181418 / Dormitory C Cell C15 11/16/2019 6:55:00 PM
DUSTIN BREWER / Right front pocket 11/16/2019 7:00:00 PM
CHARLES THOMPSON / Right front pocket 11/16/2019 7:05:00 PM
I and I Evidence Box / Central Control 11/16/2019 10:00:00 PM

**15. Narrative Summary:**
On November 16, 2019, Officer Dustin Brewer was assigned as a Population Rover. At approximately 7:00 p.m., during a routine search of inmate Robert Council's, B/181418 (C15-1A) (62 Brim), cell in the Restrictive Housing Unit of Limestone Correctional Facility Officer Brewer confiscated two (2) packs of Newport Cigarettes and one (1) pack of TOP Cigarettes from inmate Council's assigned bed in cell C15. Officer Brewer called for a Supervisor via handheld radio. At approximately 7:05 p.m., Sergeant Charles Thompson entered Dormitory C. Officer Brewer reported the incident to Sergeant Thompson and turned over the contraband. Sergeant Thompson took one (1) Digital Photograph of the contraband. At approximately 7:30 p.m., Sergeant Thompson placed the contraband in Secured Storage. At approximately 10:00 p.m., Sergeant Thompson placed the contraband in the I&I Evidence Box. Officer Brewer initiated disciplinary action against inmate Council for Rule Violation #934-Possession of contraband.  11/17/2019 5:28 PM by charles.thompson

Signature: _____

ADOC Form 302-A - August 2, 2010

Exhibit C



Exhibit C

Alabama Department of Corrections

**DISCIPLINARY REPORT**

403A Final

DISC006

**Incident Report Number:**    LCF-19-01500

1. **Inmate:**    COUNCIL, ROBERT EARL        Custody:    MEDIUM        AIS: 00181418X

2. **Institution:**    LIMESTONE CORRECTIONAL CENTER

3. The above inmate is being charged by:        BREWER, DUSTIN M        Disc #: LCF-19-01500-1

   with a violation of the following Rule(s):

   934 - Possession of contraband

   From Administrative Regulation #403, which occured on or about:

   Nov 16 2019  7:00PM at Dormitory C Cell C15

   A hearing on this charge will be held after 24 hours from being served.

4. Circumstances of the violation(s) are as follows:

   You, Inmate Robert Council B/181418, were found to have in your possession two (2) packs of Newport Cigarettes and one (1) pack of TOP Cigarettes in the Restrictive Housing Unit. This places you in direct violation of Administrative Regulation #403, Rule Violation #934 -Possession of contraband.

   | 11/16/2019 | BREWER, DUSTIN M / Officer |
   |---|---|
   | Date | Arresting Officer Name / Title |

5. I hereby certify that on this 17th day of November, 2019, at (time) 19:30:00, I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.

   | COTHRUM, BRANDON | Inmate Refused to Sign |
   |---|---|
   | Serving Officer Name / Title | Inmate's Signature / AIS Number |

6. Witnesses desired?        NO: Inmate Refused to Sign            YES:

   | | Inmate's Signature | | Inmate's Signature |
   |---|---|---|---|

7. If yes, list:    N/A

8. **Hearing Date:**    November 23, 2019    **Time:**    19:25:00        **Place:**    Shift Commander's Office

9. Inmate must be present in Hearing Room. If he / she is not present, explain in detail on additional page and attach.

10. The Arresting Official, Inmate, and all Witnesses were sworn to tell the truth.

    | BEATY, JOSHUA J |
    |---|
    | Hearing Officer Name / Title |

11. A finding is made that the inmate is capable of representing himself / herself.

    | BEATY, JOSHUA J |
    |---|
    | Hearing Officer Name / Title |

12. **Plea:**        COUNCIL, ROBERT EARL / 00181418X            Guilty

13. Arresting Official's testimony (at the hearing):

    On November 16, 2019, I, Officer Dustin Brewer was assigned as Population Rover. At approximately 7:00 p.m., during a routine search of Inmate Robert Council's B/181418 (C15-1A)(62 Brim) cell in the Restrictive Housing Unit of Limestone Correctional Facility, I confiscated two (2) packs of Newport cigarettes and one (1) pack of TOP cigarettes from Inmate Council's assigned bed in cell C15.

14. Inmate's testimony:

    "I'm guilty."

Exhibit C

Alabama Department of Corrections                                    DISC006
DISCIPLINARY REPORT CONTINUATION LCF-19-01500-1
403A Final

15. The Inmate was allowed to submit question(s) to all witnesses. Copy of questions and answers are attached.

BEATY, JOSHUA J
_____
Hearing Officer Name / Title

16. The following witnesses were not called:
        N/A

17. After hearing all of the testimony, the Hearing Officer makes the following findings of fact (Be Specific):
    The hearing officer finds that:
    The Hearing Officer accepts inmate Council's guilty plea.

18. Basis for finding of fact:
    Inmate pleads guilty.

19. Hearing Officer's decision:    [ X ]  Guilty        [   ]  Not Guilty        [   ]  Recommend for reinitiation

20. Hearing Officer's recommendation of sanction(s) to be taken against this inmate:

[   ] Counseling / Warning

[   ] Extra Duty for _____ days at _____ hours per day under supervision _____ Shift

[   ] Loss of Outside privileges for _____ days            Community Based Institutions Only:

[ X ] Loss of Canteen privileges for 45 days, as of 02/12/2020      [   ] Draw cut to __ (min $25) for __ days

[ X ] Loss of Telephone privileges for 45 days, as of 02/12/2020    [   ] Restriction / State Whites for _____ days

[ X ] Loss of Visiting privileges for 45 days, as of 02/12/2020     [   ] Loss of Passes for _____ days

[   ] Removal from Hobby Craft                             [   ] Return to Inmate Staff for _____ days

[   ] Loss of Good Time _____ Yrs _____ Mos _____ Dys

[ X ] Disciplinary Seg for 45 days

[ X ] Recommend Custody Review

[   ] Recommend Job Change

[   ] Financial Compensation _____

BEATY, JOSHUA J
_____
Hearing Officer Name / Title

21. Warden's Action – Date:        11/25/2019

    Approved        James Smith _____

    Disapproved     _____

    Other (specify) _____

22. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named Inmate on this the 25th day of November, 2019 at 17:37:00.

NCDT019

Alabama Department of Corrections

INCIDENT REPORT

| 1. Institution/Division:<br>LIMESTONE CORRECTIONAL CENTER | 2. Date:<br>1/6/2020 | 3. Time:<br>12:00:00 PM | 4. Inc. No: LCF-20-00027<br>Class Code: C |
|---|---|---|---|
| 5. Type of Incident - PRIMARY:<br>Hunger Strike | | | |
| 6. Type of Incident - Secondary:<br>N/A | | | |
| 7. Who Received Report:<br>RAY, BRIAN    K | | 8. Time Incident Reported:<br>1/6/2020 12:15:00 PM | |
| 9. Location of Incident:<br>DORMITORY E CELL#22 | | | |

| 10 Victim(s): | Name | AIS | STG Name |
|---|---|---|---|
| | N/A | | |
| 11. Suspect(s): | Name | AIS | STG Name |
| | COUNCIL, ROBERT | 00181418 | |
| 12. Witness(es): | Name | AIS | STG Name |
| | N/A | | |

PHYSICAL EVIDENCE:

| 13. Type of Evidence / Description:<br>N/A | 14. Chain of Evidence / Location & Date:<br>N/A |
|---|---|

15. Narrative Summary:

On January 6, 2020, Officer Ernest Sterling, was the assigned rover in Dormitory E.  At approximately 12:00 pm., Officer Sterling was conducting a security check in the dormitory. Officer Sterling approached assigned to inmate Robert Council B/181418 (E-22-1A) (Blood affiliated). Inmate Council stated that inmate Council was going on Hunger Strike. Officer Sterling questioned inmate Council on why. Inmate Council stated that inmate Council was wrongfully locked up and his demands were not being met.  At approximately 12:15 pm; Officer Moore contacted Sergeant Brian Ray by telephone, and reported the incident.  At approximately 1:30 pm, Sergeant Ray and Officer Pedro Deluna escorting inmate Council exited Dormitory E enroute to Dormitory A, Health Care Unit. At approximately 2:18 pm, Doctor Prem Gulati examined inmate Council in Dormitory A. Doctor Gulati ordered inmate Council to be housed in Cell#6A.  1/6/2020 2:45 PM by brian.ray 1/7/2020 11:11 AM by brian.ray

Signature: _____

Page   1   of   1

ADOC Form 302-A - August 2, 2010

43 of 49

Exhibit C

NCDT019

Alabama Department of Corrections
## INCIDENT REPORT

| 1. Institution/Division: | | 2. Date: | 3. Time: | 4. Inc. No: | LCF-20-00027 |
|---|---|---|---|---|---|
| LIMESTONE CORRECTIONAL CENTER | | 1/6/2020 | 12:00:00 PM | Class Code: | C |

| 5. Type of Incident - PRIMARY: |
|---|
| Hunger Strike |

| 6. Type of Incident - Secondary: |
|---|
| N/A |

| 7. Who Received Report: | 8. Time Incident Reported: |
|---|---|
| RAY, BRIAN     K | 1/6/2020 12:15:00 PM |

| 9. Location of Incident: |
|---|
| DORMITORY E CELL#22 |

| 10 Victim(s): | Name | AIS | STG Name |
|---|---|---|---|
| | N/A | | |

| 11. Suspect(s): | Name | AIS | STG Name |
|---|---|---|---|
| | COUNCIL, ROBERT | 00181418 | |

| 12. Witness(es): | Name | AIS | STG Name |
|---|---|---|---|
| | N/A | | |

| PHYSICAL EVIDENCE: | |
|---|---|
| 13. Type of Evidence / Description: | 14. Chain of Evidence / Location & Date: |
| N/A | N/A |

**15. Narrative Summary:**

On January 6, 2020, Officer Ernest Sterling, was the assigned rover in Dormitory E.  At approximately 12:00 pm., Officer Sterling was conducting a security check in the dormitory. Officer Sterling approached assigned to inmate Robert Council B/181418 (E-22-1A) (Blood affiliated). Inmate Council stated that inmate Council was going on Hunger Strike. Officer Sterling questioned inmate Council on why. Inmate Council stated that inmate Council was wrongfully locked up and his demands were not being met.  At approximately 12:15 pm Officer Moore contacted Sergeant Brian Ray by telephone, and reported the incident.   At approximately 1:30 pm, Sergeant Ray and Officer Pedro Deluna escorting inmate Council exited Dormitory E enroute to Dormitory A, Health Care Unit. At approximately 2:18 pm, Doctor Pram Gulati examined inmate Council in Dormitory A. Doctor Gulati ordered inmate Council to be housed in Cell#6A.  1/6/2020 2:45 PM by brian.ray 1/7/2020 11:11 AM by brian.ray

Signature: _____

ADOC Form 302-A - August 2, 2010

Exhibit C

**Hayes, Patrick (DOC)**

| | |
|---|---|
| From: | Hayes, Patrick (DOC) |
| Sent: | Friday, May 1, 2020 9:31 AM |
| To: | Conway, Cassandra (DOC) |
| Cc: | Obenchain, Kristen (DOC) |
| Subject: | Enemy Retraction for Inmate Jones, Larry AIS#220191DS |
| Attachments: | WRITTEN AFFIDAVIT.pdf; ENEMY RETRACTION JONES 220191.pdf; Inmate Validation Committee.Jones_220191.pdf |

Good morning, Ms. Conway! I am submitting this Enemy Retraction for your consideration.  Please see attached documents.

Thanks,

Patrick W. Hayes
Classification Specialist
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL 35749
(256) 233-4600 ext. 256

From: Montori Graham [mailto:montori.graham@wexfordhealth.com]
Sent: Tuesday, March 24, 2020 10:13 AM
To: Hayes, Patrick (DOC)
Subject: FW: Jones, Larry: Affidavit

From: Montori Graham
Sent: Monday, March 23, 2020 2:05 PM
To: Robinson, Scarlotte (DOC) <Scarlotte.robinson@doc.alabama.gov>; 'Toney, Deborah (DOC)'
<Deborah.Toney@doc.alabama.gov>
Cc: Shari Barfield <shari.barfield@wexfordhealth.com>
Subject: Jones, Larry: Affidavit

I/M Jones, Larry AIS# 220191 approached LMHP on A-Side sidewalk on 03/20/20 at approximately 8:50 AM. I/M report it was urgent and could not wait. I/M gave LMHP an affidavit on the behalf for inmate Robert Council AIS# 181418. I/M ~~reports he previously wrote an affidavit in regard to Montgomery~~. I/M reports ADOC should have released inmate Council. I/M reports he was coerced into claiming inmate Council as enemy by ADOC staff, but feel it is not right for him to be in Restrictive Housing. I/M reports since he has not seen any results, he wrote another affidavit. IM Reports he wants to get I&I involved if inmate Council is not Released immediately. I/M gave LMHP Affidavit. I/M reports it is not

1

Exhibit C

right, which is why he is coming clean but he had no choice before but to put him down as an enemy after getting assaulted and  threatened by ADOC SGT. I/M reports he had given this information to LMHP because he need help and Notified Mental Health so something can happen. Inmate Talked to Treatment Coordinator  for follow up individual session.  Enclosed is Inmate Notarized Affidavit

2

Exhibit C

State of Alabama )

County of Limestone )

### AFFIDAVIT OF LARRY JONES

Before me the undersigned, a Notary Public, in and for the said State of Alabama, County of Limestone, personally appeared one Larry Jones, who was first duly sworn, did dispose the following information in this affidavit.

I swear or affirm that I have never had any confrontations nor problems with inmate Robert E. Council, while he was in population, nor since he has been in segregation.

I swear or affirm that if Robert E. Council is released from segregation there will be no problems. And that me and him will be able to live in population together.

I swear or affirm that Robert E. Council is NOT my enemy, nor am I his enemy.

I swear or affirm that I have not been threatened, paid nor coerced into making this affidavit. I do it on my own free will.          pg. 1 of 2

Exhibit C

I swear of affirm that this oregoing
statement in this affidavit is true and
correct to the best of my knowledge & belief.

DATE: MAR 16 2020

_____
Affiant/LARRYJONES

Sworn to and Subscribed Before me This 16th
Day of March , 2020

Daryl Dagraffenreid
Notary Public

1/18/2022
My Commission
Expires

Pg. 2 of 2

Exhibit C

INMATE ENEMY VALIDATION COMMITTEE

FROM: Patrick Hayes, Classification Specialist     DATE: 11/5/2019

RE:___ Jones, Larry  AIS#220191DS

TO:   Institutional Enemy List Validation Committee
      Limestone Correctional Facility

The inmate referenced above has claimed the following inmate(s) as being his enemy(ies), for reasons indicated:

According to Incident Report LCF-19-01434, Sergeant Pelzer began interviewing several confidential informants about the activities of 62 Brim at Limestone Correctional Facility. The informants stated Dormitory B had a network of drug distribution set up due to lack of Correctional Staff roving the Dormitory. The informants stated Inmate Robert Council, B/181415A(B25-1A) (62 Brim), was in charge of the drug distribution in Dormitory B. Inmate Council was receiving the drugs through Restrictive Housing Barbers. Sergeant Pelzer received information from a confidential informant that Inmate Larry Jones, B/220191 (B77-22A) (No Known Affiliation), would be transporting "Flakka" from the Restrictive Housing Unit to Dormitory B. Inmate Jones was a Restrictive Housing Barber.

Other inmates implicated in the Flakka distribution between Restrictive Housing and Dormitory B were Tony Bethune E/117884AX and Clate Clark W/284015B. Sergeant Pelzer is requesting inmates Clark, Mitchell, Council, and Bethune be validated as enemies of inmate Jones.

Please review and validate this information as appropriate. Complete the bottom statement on this form and return documentation to the Classification Specialist for further action.
**************************************************************

FROM:   Institutional Enemy List Validation Committee        DATE: 11/5/19
        Limestone Correctional Facility

TO:     Classification Specialist
        Limestone Correctional Facility

After a judicious review of the above-referenced matter, including a file review and an interview with the inmate claimant, the following decision of this Validation Committee is rendered:

Valid for institution safety and security

_____    _____    _____
Classification Specialist          Member                      Member

Exhibit C